IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MARIE EPHREMA TOMITA** | ) | No. 14 B 16413 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 8, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL  60602
312-368-0300                                                BY:/s/ Gina B. Krol
                                                                    Ch 7 Bankruptcy Trustee

Service List:

Quantum 3 Group, LLC as agent
For Comenity Bank
P.O. Box 788
Kirkland, WA   98083-0788

Citibank, NA
c/o American InfoSource, LP
P.O. Box 248840
Oklahoma City, OK   73124-88040

Scott Greenwood
[ndil@geracilaw.com](mailto:ndil@geracilaw.com)

Office of the US Trustee
[USTPRegion11.ES.ECF@usdoj.gov](mailto:USTPRegion11.ES.ECF@usdoj.gov)