# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TOMITA, MARIE EPHREMA § Case No. 14-16413 DRC
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 4,100.00 |
| Total Distributions to Claimants: 5,618.36 | Claims Discharged<br>Without Payment: 12,234.92 |
| Total Expenses of Administration: 1,781.64 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,600.00 (see **Exhibit 2**), yielded net receipts of $ 7,400.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,781.64 | 1,781.64 | 1,781.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,001.00 | 6,529.28 | 6,529.28 | 5,618.36 |
| **TOTAL DISBURSEMENTS** | $ 12,001.00 | $ 8,310.92 | $ 8,310.92 | $ 7,400.00 |

4) This case was originally filed under chapter 7 on 04/30/2014 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2016     By: /s/GINA B. KROL
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Personal Property | 1229-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maria Tomita | Exemptions | 8100-000 | 2,600.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,600.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,490.00 | 1,490.00 | 1,490.00 |
| GINA B. KROL | 2200-000 | NA | 3.88 | 3.88 | 3.88 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 4.18 | 4.18 | 4.18 |
| ADAMS-LEVINE | 2300-000 | NA | 4.05 | 4.05 | 4.05 |
| ASSOCIATED BANK | 2600-000 | NA | 279.53 | 279.53 | 279.53 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,781.64 | $ 1,781.64 | $ 1,781.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | 4,954.00 | NA | NA | 0.00 |
| 3 | Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| 4 | Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| 5 | Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | 139.00 | NA | NA | 0.00 |
| 6 | Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | 3,075.00 | NA | NA | 0.00 |
| 7 | Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 | | 3,156.00 | NA | NA | 0.00 |
| 8 | Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CITIBANK, N.A. | 7100-900 | NA | 3,749.95 | 3,749.95 | 3,226.78 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-900 | 677.00 | 2,779.33 | 2,779.33 | 2,391.58 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 12,001.00 | $ 6,529.28 | $ 6,529.28 | $ 5,618.36 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-16413 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | TOMITA, MARIE EPHREMA | | | Date Filed (f) or Converted (c): | 04/30/14 (f) |
| | | | | 341(a) Meeting Date: | 05/28/14 |
| For Period Ending: | 10/12/16 | | | Claims Bar Date: | 09/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 800.00 | 0.00 | OA | 0.00 | FA |
| 2. Household Goods | 550.00 | 0.00 | OA | 0.00 | FA |
| tv, vcr, stereo, couch, utensils, cauum, table, chairs, lamps, bedroom set | | | | | |
| 3. BOOKS | 50.00 | 0.00 | OA | 0.00 | FA |
| books, cds, dvds, tapes/records, family pictures | | | | | |
| 4. CLOTHES | 50.00 | 0.00 | OA | 0.00 | FA |
| 5. Jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| earrings, watch, costume jewelry | | | | | |
| 6. INHERITANCE (u) | 10,000.00 | 7,400.00 | | 10,000.00 | FA |
| Debtor rec'd distribution from former mother-in-law's estate | | | | | |
| 7. INHERITANCE (u) | Unknown | 0.00 | | 0.00 | FA |
| Debtor expects to receive 25% of net sales proceeds from sale of inherited property in Honolulu, HI | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $11,500.00     $7,400.00     $10,000.00     $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US Tee for Review August 26, 2016, 11:54 am

Still waiting for probate estate to finalize
October 08, 2015, 12:17 pm

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.06a

Case 14-16413   Doc 33   Filed 10/20/16   Entered 10/20/16 15:50:53   Desc Main
Document      Page 8 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-16413   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | TOMITA, MARIE EPHREMA | Date Filed (f) or Converted (c): | 04/30/14 (f) |
| | | 341(a) Meeting Date: | 05/28/14 |
| | | Claims Bar Date: | 09/19/14 |

Debtor inherited assets from mother in law

Real estate assets in Hawaii are for sale. Liquidation may take some time.

October 01, 2014, 04:46 pm

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 06/30/16

/s/   GINA B. KROL
_____   Date: 10/12/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-16413 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | TOMITA, MARIE EPHREMA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0998 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3397 | | |
| For Period Ending: | 10/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 6 | Makiki | Inheritance | | 10,000.00 | | 10,000.00 |
| | | First Hawaiian Bank | | | | | |
| | | PO Box 3200 | | | | | |
| | | Honolulu, HI 96847 | | | | | |
| | | MAKIKI | Memo Amount: 10,000.00 | 1229-000 | | | |
| | | | Inheritance | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 07/23/14 | 030001 | Maria Tomita | Exemption Claim | 8100-000 | | 2,600.00 | 7,390.00 |
| | | c/o Geraci Law LLC | | | | | |
| | | 55 E. Monroe St., Ste. 3400 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.85 | 7,375.15 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.34 | 7,363.81 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.60 | 7,353.21 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.93 | 7,342.28 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.56 | 7,331.72 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.90 | 7,320.82 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.88 | 7,309.94 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 4.18 | 7,305.76 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,295.76 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.85 | 7,284.91 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.48 | 7,274.43 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.82 | 7,263.61 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.45 | 7,253.16 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,242.38 |
| | | | Page Subtotals | | 10,000.00 | 2,757.62 | |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-16413 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | TOMITA, MARIE EPHREMA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0998 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3397 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.77 | 7,231.61 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.41 | 7,221.20 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.74 | 7,210.46 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.37 | 7,200.09 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,189.39 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.69 | 7,178.70 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 4.05 | 7,174.65 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,164.65 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.65 | 7,154.00 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.29 | 7,143.71 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.62 | 7,133.09 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.26 | 7,122.83 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.59 | 7,112.24 |
| 09/30/16 | 030004 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 1,493.88 | 5,618.36 |
| | | | Fees        1,490.00 | 2100-000 | | | |
| | | | Expenses        3.88 | 2200-000 | | | |
| 09/30/16 | 030005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final Distribution<br>(1-1) Unsecured Debt | 7100-900 | | 2,391.58 | 3,226.78 |
| 09/30/16 | 030006 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840 | Final Distribution | 7100-900 | | 3,226.78 | 0.00 |

Page Subtotals            0.00        7,242.38

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-16413 -DRC |
| Case Name: | TOMITA, MARIE EPHREMA |
| Taxpayer ID No: | *******3397 |
| For Period Ending: | 10/19/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0998 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8840 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 10,000.00 | COLUMN TOTALS | | 10,000.00 | 10,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 10,000.00 | 10,000.00 | |
| Memo Allocation Net: | 10,000.00 | Less: Payments to Debtors | | | 2,600.00 | |
| | | Net | | 10,000.00 | 7,400.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 10,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********0998) | 10,000.00 | 7,400.00 | 0.00 |
| Total Memo Allocation Net: | 10,000.00 | | 10,000.00 | 7,400.00 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 19.06a